DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
GREGG W. LOWDER (CABN 107864)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    Email: Gregg.Lowder@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 18-0533 RS |
| Plaintiff, | ) **THIRD BILL OF PARTICULARS FOR THE** |
| v. | ) **FORFEITURE OF PROPERTY** |
| EDVIN OVASAPYAN and HAKOB KOJOYAN, | ) |
| Defendant. | ) |

The United States of America, by and through David L. Anderson, United States Attorney for the

Northern District of California, and Gregg W. Lowder, Assistant United States Attorney, hereby files the

following Third Bill of Particulars for notice of forfeiture of property.

///

///

///

Third Bill of Particulars for Forfeiture of Property
CR 18-0533 RS

The Indictment in the above-captioned case filed on November 1, 2018, provides notice of and seeks the forfeiture of both real and personal property pursuant to 18 U.S.C. §§ 981 and 982 and 28 U.S.C. § 2461(c).  The United States hereby gives notice that, in addition to any property already listed in the forfeiture allegation, the Bill of Particulars for forfeiture of property filed on January 10, 2019, and the Second Bill of Particulars for forfeiture property filed on February 14, 2019, the United States is additionally seeking forfeiture of the following property:

- Real Property and Improvements located at 2481 N. Junipero Avenue, Palm Springs, California 92262;

- Real Property and Improvements located at 383 Kalaimoku, Ritz Calton Tower 2, Unit 3106, Honolulu, Hawaii 96815, titled in the name of ESJ Group, LLC;

- Real Property and Improvements located at 8654 Washington Blvd., Culver City, California 90232, titled in the name of JPO22, LLC;

- Real Property and Improvements located at 4305 Groves Place, Somis, California 93066;

- Real Property and Improvements located at 4314 Marina City Drive, Apt 416, Marina Del Rey, California 90292;

DATED: April 1, 2019                              Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

GREGG W. LOWDER
Assistant United States Attorney

Third Bill of Particulars for Forfeiture of Property
CR 18-0533 RS