UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** July 16, 2019     **Time:** 3 minutes     **Judge:** RICHARD SEEBORG

**Case No.:** 18-cr-00533-RS-1, 2     **Case Name:** USA v. Edvin Ovasapyan
                                                                                  Hakob Kojoyan

**Attorney for Government:** Andrew Dawson
**Attorney for Defendant Edvin Ovasapyan:** Richard Moss
**Attorney for Defendant Hakob Kojoyan:** Alan Eisner
**Defendant E. Ovasapyan:** [X] Present    [ ] Not Present
**Defendant H. Kojoyan:** [X] Present    [ ] Not Present
**Defendant's Custodial Status E. Ovasapyan:** [ ] In Custody   [X] Not in Custody
**Defendant's Custodial Status H. Kojoyan:** [ ] In Custody   [X] Not in Custoday

**Deputy Clerk:** Corinne Lew                     **Court Reporter:** Kathy Sullivan
**Interpreter:** Russian – Lana Shirnova for      **Probation Officer:** n/a
Hakob Kojoyan

## PROCEEDINGS

Status Conference Held.

## SUMMARY

Parties agree to continue the matter for 60 days.

**CASE CONTINUED TO:** **9/17/19 at 2:30 p.m.** for Status Hearing.

Time Excluded:   Begins: 7/16/19         Ends: 9/17/19

Government to prepare an exclusion order.