DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7019
     FAX: (415) 436-7234
     andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-533 RS |
|     Plaintiff, | |
|     v. | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JULY 16, 2019 THROUGH SEPTEMBER 17, 2019 |
| EDVIN OVASAPYAN and HAKOB KOJOYAN, | |
|     Defendants. | |

       For the reasons stated on the record in this matter at the status conference held on July 16, 2019, and based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 16, 2019 and September 17, 2019, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

       The Court further finds that the ends of justice served by excluding the time from July 16, 2019, through and including September 17, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

1   Having made these findings, it is hereby ORDERED that the time from July 16, 2019 through

2   and including September 17, 2019 is excluded from computation under the Speedy Trial Act. 18 U.S.C.

3   § 3161(h)(7)(B)(iv).

4   **IT IS SO ORDERED** this _____ day of July, 2019.

5

6   _____

7   THE HONORABLE RICHARD SEEBORG
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28