EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone/Fax:  (818) 781-1570/5033
E-mail:  alan@egattorneys.com

Attorney for Defendant,
HAKOB KOJOYAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HAKOB KOJOYAN,<br><br>    Defendant. | CR No. 18-cr-00533-RS<br><br>ORDER<br>UNOPPOSED *EX PARTE* APPLICATION FOR MODIFICATION OF PRETRIAL RELEASE TO AUTHORIZE DEFENDANT'S TRAVEL TO THE STATE OF HAWAII; Exhibit |

Defendant Hakob Kojoyan, by and through his counsel Alan Eisner, hereby applies *ex parte* for an order to permit his travel to Honolulu in the O'ahu island of Hawaii from November 11 to 17 of 2019. This application is based on the attached declaration of defendant's counsel Alan Eisner, and is unopposed by government counsel and the pretrial services.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　EISNER GORIN LLP


Dated: October 16, 2019　　　　　*/s/ Alan Eisner*　　　　　　　　
　　　　　　　　　　　　　　　　　ALAN EISNER
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　HAKOB KOJOYAN

1

DECLARATION OF COUNSEL

I Alan Eisner declare as follows:

1. I am the attorney of record in this pending case for the defendant Hakob Kojoyan. Mr. Kojoyan made his initial appearance in this district pursuant on May 2, 2018. He was released on an unsecured $200,000 appearance bond, and was ordered to comply with conditions of the United States Pretrial Services. (Dkt # 3) The Indictment was filed on November 1, 2018 (Dkt # 16) and he was arraigned on November 19, 2019 (Dkt # 18). On September 17, 2019, Mr. Kojoyan was arraigned on Superseding Indictment (Dkt # 62). The trial date has been continued and trial is currently scheduled for February 25, 2020 (Dkt. # 66)

2. This is Mr. Kojoyan's first request to travel outside of the court's approved jurisdiction. Mr. Kojoyan respectfully requests permission to travel to Honolulu in the O'ahu island of Hawaii from November 11 to 17 of 2019 with his wife Anna Nisis for a long-delayed honeymoon vacation. They plan to lodge in the Ko Olina Resort in Kapolei, HI. Their proposed itinerary is attached hereto.

3. Mr. Kojoyan has been on a pretrial supervision for a year and a half without incident.

4. I notified AUSA Andrew Dawson of this request (415-436-7019) and he poses no objection. I also notified Mr. Kojoyan's Northern District Pretrial Officer Bradley Wilson (415-736-7501) and he poses no objection. Lastly, I also notified Mr. Kojoyan's supervising Pretrial Officer Alexis Ochoa (213-894-5380) in the Central District of California, and she also poses no objection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 16th day of October 2019 in Los Angeles, California.

/s/ Alan Eisner
ALAN EISNER

**[~~PROPOSED~~] ORDER**

Based on representation of counsel and good cause shown, it is HEREBY ORDERED that Defendant Hakob Kojoyan be permitted to travel to Honolulu in the O'ahu island of the State of Hawaii from November 11 to 17 of 2019.  Prior to departure, Defendant should provide his pretrial officers copy of his itinerary, including his airline tickets and lodging confirmation.  Upon return to Los Angeles, California, Defendant should inform his pretrial officers of his arrival.

Dated: October 17, 2019

_____
HON. RICHARD SEEBORG
United States District Judge