EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
DMITRY GORIN, State Bar # 178353
ROBERT HILL, State Bar # 306095
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone/Fax:   (818) 781-1570/5033
Email: alan@egattorneys.com

Attorneys for Defendant
HAKOB KOJOYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 18-0533 RS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| vs. | |
| HAKOB KOJOYAN, | Current Date: October 20, 2020 |
| Defendant. | Proposed Date: December 1, 2020 |

Defendant Hakob Kojoyan, through his counsel Alan Eisner, and the United States of America, through its counsel Assistant United States Attorney Andrew F. Dawson, hereby stipulate to continue the sentencing hearing to December 1, 2020 at 1:30 p.m.

///

///

///

Mr. Kojoyan was arrested on May 2, 2018 and on the same day, made his initial appearance in the Northern District of California. (Dkt. 3)  The Superseding Information was filed on July 6, 2020. (Dkt. 96.) The Change of Plea hearing was held on July 15, 2020 and the sentencing hearing was scheduled for October 20, 2020. (Dkt. 106.) The Presentence Investigation Report ("PSR") was disclosed to the defense counsel by the U.S. Probation Department on September 18, 2020.  This is the parties first request to continue the sentencing.  Parties require additional time to adequately prepare for the sentencing hearing.

                Respectfully submitted,

                EISNER GORIN LLP

Dated: September 29, 2020        /S/ ALAN EISNER

                ALAN EISNER
                Attorney for Defendant
                HAKOB KOJOYAN

Dated: September 29, 2020        /s ANDREW F. DAWSON

                ANDREW F. DAWSON
                Assistant United States Attorney

Case No.: CR 18-0533 RS
STIPULATION AND ORDER CONTINUING SENTENCING

ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that good cause exists, taking into account the public interest in the prompt disposition of criminal cases.

Therefore, IT IS HEREBY ORDERED that:

The sentencing date is continued to December 1, 2020 at 1:30 p.m.

Dated:   9/29/2020

*[signature]*

HON. RICHARD SEEBORG
United States District Judge