# EXHIBIT A

Hakob Kojoyan
17438 Chase St
Northridge, CA 91325

Февраль 23, 2021

Уважаемый судья Сиборг!

    Я пишу это письмо с чувством стыда и раскаяния. Я не могу найти подходящих слов, чтобы полностью выразить сожаление по поводу совершенного преступления. Нет оправдания или законного оправдания, которое могло бы смягчить мои действия. Все, что я могу предложить, - это состояние моего ума во время моих проступков, которое было мотивировано не только жадностью, но и альтер-эго. Мой арест и дальнейшее разбирательство по делу стали для меня особенно важными уроками, и я беру на себя полную ответственность, без каких-либо условий, за совершенное мной преступление. Правда в том, что день моего ареста - это день, когда я был освобожден - от всей вины, паранойи и беспокойства. Мне казалось, будто с моего плеча сняли тонну груза, потому что я знал, что все кончено. Мне не нужно было продолжать жить той жизнью, о создании которой я так сожалел, и я не знал, как ее закончить, потому что моя жадность и эго взяли верх над моей истинной сущностью и моралью.

    Ваша честь, мне сейчас двадцать девять лет. Я родился в 1991 году в городе Ванадзор, Армения. Мой отец родился в известной и богатой семье, моя мать - наоборот. Вскоре после новости о беремености мой отец иммигрировал в Соединенные Штаты со своими родителями и пообещал моей матери, что через короткое время он подаст прошение о воссоединении семьи, чтобы мы с мамой присоединились к нему в Соединенных Штатах. Но этот день так и не наступил, так как после переезда мой отец бросил меня и мою мать. Я рос без отца, и в детстве и юности я всегда думал и верил, что отец бросил меня, потому что я был недостаточно хорош. Я винил себя.

    Я вырос в очень бедной семье. В годы моего воспитания Армения переживала жестокую войну с Азербайджаном за Нагорно-Карабахский регион. Конфликт был вызван последствиями распада Советского Союза. Вся нация была в нищете. Голод и нехватка воды были гостями в каждом доме. Электричество было доступно только в определенных регионах и только на несколько часов в день. Я помню, что в холодные зимы мы с мамой стояли в длинных очередях, чтобы купить буханку хлеба и небольшой пакет бобовых. Это была типичная еда, доступная каждому в моем городе. Поскольку не было ни природного газа, ни электричества, мы использовали дровяную печь, чтобы готовить еду и обогревать дом. Страна так и не восстановилась после того, как в 1994 году было достигнуто соглашение о прекращении огня. Из-за социально-политических факторов и политической коррупции уровень безработицы в Армении продолжал расти, и

люди, включая мою мать и меня, остались жить в нищете. Наше финансовое положение было настолько плохим, что моей матери пришлось записать меня в специальную школу, предназначенную для «бедных детей», чтобы я мог по крайней мере питаться в школе бесплатно. Нам с мамой было очень тяжело. Каждый день был борьбой за выживание, чтобы дожить до следующего дня, пока мой отец процветал и жил американской мечтой.

Я начал работать, когда мне было 14 лет, чтобы помочь матери материально. После школы, когда мои одноклассники шли домой, чтобы делать уроки, я шел работать с 14:00 до 20:00 в местную компанию по переработке стекла. Моя работа заключалась в том, чтобы складывать битые стеклянные бутылки и осколки в большие баки перед тем, как их переместить в печь для обжига. Я зарабатывал 1000 драмов (армянская валюта) в день, что составляло примерно 2,50 доллара; Достаточно, чтобы позволить себе простую еду и деньги на транспорт на следующий день. После работы я шел домой и делал как можно больше уроков, прежде чем засыпал от истощения. Я делал это шесть дней в неделю, пока мне не исполнилось восемнадцать - возраст обязательной военной службы. Я два года служил в армии. Я находился недалеко от зоны нагорно-карабахского конфликта, где послевоенная напряженность с противником казалась такой же реальной и живой, как и пятнадцать лет назад. Пару раз я был свидетелем того, как безжизненные тела моих товарищей отправляли их семьям для захоронения. Они были убиты азербайджанскими снайперами, находясь на своем посту, охранявшем границу. Мне повезло, что я смог благополучно вернуться домой к матери в возрасте двадцати лет после выполнения своих обязательных служебных обязанностей.

Вскоре после возвращения домой мой отец связался с моей матерью по телефону и сказал ей, что собирается подать прошение о предоставлении мне статуса постоянного жителя для переезда в Соединенные Штаты. Когда я узнал эту новость от мамы, я не знал, как отреагировать. Я никогда не знал этого человека, который совершенно неожиданно хотел стать отцом, но я всегда втайне тосковал по его привязанности и любви. Моя мать продолжала поощрять меня переехать в Соединенные Штаты и построить с ним отношения, но мой гнев заставлял меня колебаться. Год спустя, в возрасте двадцати одного года, я впервые поговорил с отцом по телефону. Я был эмоциональным потрясением. Я был так взволнован мыслью о том, что я скажу ему, когда он попросит у меня прощения за то, что бросил меня и мою мать, оставив нас в ужасной ситуации. Но я был таким дураком. Разговор был заметно коротким, прямым и очень правдоподобным: мой отец хотел поговорить со мной, чтобы убедиться, что я понимаю, что я должен лично финансировать свою поездку в Соединенные Штаты, и я не мог жить с ним или просить любую финансовая помощь. Это было все. Но какая-то часть меня все еще хотела совершить прыжок веры, полагая, что если он, возможно, встретит меня лично, он может передумать, полюбит меня и станет мне отцом.

В феврале 2014 года мне удалось занять 1300 долларов на поездку в Соединенные Штаты. Я потратил 1200 долларов на авиабилеты и 23 февраля 2014 года, имея в кармане всего 100 долларов, прибыл в Лос-Анджелес. Мой отец никогда не приехал в аэропорт. Я был совсем один, и мне некуда было идти. К счастью, я знала подругу мамы из Армении, которая за несколько лет до этого переехала в США. Я позвонил ей из аэропорта и попросил о помощи. Она забрала меня и отвела в дом пожилой армянской женщины, которая согласилась позволить мне остаться с ней на несколько недель, пока я не найду работу и не накоплю достаточно денег, чтобы арендовать собственное жилье. Пожилая армянка, с которой я проживал, посоветовала мне связаться с отцом, чтобы сообщить ему, что со мной все в порядке, и предложить с ним встретиться. Через две недели после моего приезда отец впервые встретился со мной. Помимо небольших бесед, которые у нас были, он сообщил мне, что теперь он счастлив в браке, у него есть собственная семья, двое детей и что он не хочет, чтобы мой приезд в Соединенные Штаты беспокоил его семью. Именно тогда я наконец понял, что у моего отца никогда не будет места для меня в его жизни. Ему просто было наплевать.

Через два дня после приезда я работал на двух работах и смог переехать с соседом по комнате. Год спустя я поступил в ОРТ колледж, чтобы выучить язык, но из-за требований работы мне не хватило времени для посещаемости. В колледже ОРТ я познакомился со своей женой Анной. Мы начали романтические отношения вскоре после знакомства. В 2016 году я успешно закончила программу фельдшера в колледже UEI и получила сертификат. Хотя я пытался уйти от опыта с моим отцом и прийти к соглашению, что он никогда не будет отцом которого я всегда мечтал иметь, внутренне я воевал с ним. Я хотел показать ему, что я добьюсь успеха без него и стану более богатым человеком, чем он; все без его помощи. Разочарование и гнев, которые я затаил в себе против отца, начали затуманивать мои суждения, превращая меня в человека, которым я не был, и толкали меня к жадности.

Мои отношения с Анной с того дня, как я ее встретил, были положительными. Она моя вторая половинка, и я люблю ее безоговорочно. Она также является моей сильной эмоциональной и психологической системой поддержки. В 2017 году у нас родился сын Дэвид. Его рождение было одним из самых счастливых дней в моей жизни - все остальное не имеет значения, кроме него. Дэвид научил меня быть скромным и терпеливым человеком. Каждый день я не могу дождаться окончания работы, поэтому могу спешить домой и быть с ним. Я стараюсь всегда быть рядом с ним, когда я не работаю, потому что я хочу, чтобы Дэвид рос, зная и испытывая привязанность и любовь отца - то, что я никогда не узнал. Дэвид очень привязан ко мне. Так же я очень люблю и забочусь о Джемме как о своей родной дочери. Второй самый счастливый день в моей жизни был, когда мы с Анной поженились в 2018 году.

Ваша честь, я обманул Соединенные Штаты, чтобы быстро разбогатеть. Это была попытка удовлетворить ложное эго. Мои действия были продуктом

жадности, но также и боли. Если бы я мог повернуть время вспять, первое, что я сделал бы, - это отпустил бы этого номинального отца, затем обязательно тщательно выбрал бы своих друзей и окружение и пошел бы по прямой, как я делал до того, как начал свою мошенническую работу. Я до сих пор не рассказал маме о моем аресте, уголовном деле и возможном наказании, потому что мне неловко сообщать ей, что ее сын проиграл и стал преступником. Несмотря на то, что мы жили бедной и ограниченной жизнью, мама воспитала меня в соответствии с хорошими моральными принципами и этикой, и я ее подвел. Я навсегда останусь пленником клейма. Но я не хочу подводить сына. Я хочу быть для него лучшим примером, чтобы он никогда не делал ошибок, которые я сделал в жизни. После ареста я полностью отделился от друзей, которых мне никогда не следовало иметь; я начал работать на полную ставку клерком и водителем в агентстве по уходу на дому; и все свое свободное время я посвящаю семье.

   Я виновен в совершенном мной преступлении, и этому нет оправдания. Я был ослеплен жадностью. Мне стыдно и я раскаиваюсь. Я понимаю, что слова не имеют большого значения, поэтому я надеюсь, что мои действия после ареста продемонстрировали сожаление и полные усилия, чтобы жить праведной жизнью. Приношу свои извинения Вам, Правительству и всем тем, кого затронули мои действия. Я планирую очень много работать, даже если это означает делать это всю оставшуюся жизнь, чтобы вернуть все, что я незаконно взял. Я планирую и дальше быть лучшим отцом Дэвида и хорошим мужем для Анны; и я надеюсь, что в ближайшем будущем я наберусь смелости рассказать матери о своих проступках. А пока все, что я могу сделать, это продолжать свои усилия, чтобы вести образцовый образ жизни.

   Ваша честь, я надеюсь и молюсь, чтобы вы дали мне второй шанс в жизни. Я обеспокоен тем, что любое продолжительное отсутствие в жизни Дэвида и Джеммы может нанести им вред из-за нашей сильной связи и ихней привязанности ко мне. Я надеюсь и молюсь, чтобы вы учли мои усилия по реабилитации при вынесении приговора и проявили ко мне снисхождение. Большое спасибо за то, что прочитали мое письмо.


 С уважением,



Акоп Коджоян

February 23, 2021

Dear Judge Seeborg:

    I write this letter with full of shame and remorse. I cannot find adequate words to fully express my regrets for the crime I have committed. There is no excuse or legitimate justification that can mitigate my actions. All I can offer is my state of mind during the time of my wrongdoings, which was motivated, not only by greed, but also by alter ego. My arrest and case proceedings have been especially important lessons for me, and I take full responsibility, without any conditions, for the crime I have committed. The truth is that the day of my arrest is the day I was set free – from all the guilt, paranoia, and anxiety. It felt as if a ton of weight was lifted off my shoulder, because I knew that it was all over. I did not have to continue to live the life I had so much regretted for creating, and I did not know how to end it because my greed and ego had taken over my true essence and morals.

    Your honor, I am now twenty-nine years old. I was born in 1991 in Vanaszor, Armenia. My father was born into a well-known and prominent family, my mother the opposite. Shortly after my mother got pregnant, my father immigrated to United States with his parents and had promised my mother that in a short time, he would petition for family reunification so that my mother and I would join him in the United States. But that day never came, as after his move, my father abandoned me and my mother. I grew up without a father and, throughout my childhood and adolescence years, I always thought and believed that my father abandoned me because I was not good enough. I blamed myself.

    I grew up extremely poor. During the years of my upbringing, Armenia was going through a harsh war with Azerbaijan over the Nagorno Karabagh region. The conflict was caused by the aftermath of the fall of the Soviet Union. The entire nation was in destitute. Famine and water scarcity were guests in everyone's home. Electricity was only available in certain regions and for only a few hours a day. I remember that during bleak winters, my mother and I would wait in long lines just to buy a loaf of bread and a small bag of legumes. This was the typical food available for everybody in my town. Since there was no natural gas or electricity available, we would use a wood burning stove to cook our meals and warm the house. The country never quite recovered after the cease-fire agreement was reached in 1994. Due to sociopolitical factors and political corruptions, the unemployment rate in Armenian continued to rise and people, including my mother and I, were left to continue to live in destitute. Our financial status was so bad that my mother had to enroll me in a special school designated for "poor children," so that I can at least be fed in school for free. It was extremely hard for my mother and me. Each day was a fight for survival to make it to the next day, while my father was prospering and living the American Dream.

    I began working when I was 14 years old to help my mother financially. After school, while my classmates went home to do homework, I went to work, from 2:00 pm to 8:00 pm at a local glass recycling company. My duty at work was to pile up broken glass bottles and fragments into large bins before they were moved into the burning furnace. I was making 1000 drams (Armenian currency) a day, which was roughly

$2.50; enough to afford a simple meal and transportation money for my next day of work.  After work, I would go home and do as much of my homework as I could before falling asleep from exhaustion.  I did this six days a week until I turned eighteen, the age for mandatory military service.  I served in the military for two years.  I was stationed near the Nagorno Karabagh conflict zone where the post-war tensions with the enemy seemed as real and alive as it was fifteen years ago.  A couple of times, I witnessed the lifeless bodies of my comrades being shipped to their family for burial. They were killed by the Azerbaijani snipers while on their post guarding the border.  I was blessed to have been able to safely return home to my mother at the age of twenty after completing my mandatory service duty.

  Shortly after returning home, my father contacted my mother telephonically and told her that he was going to petition for permanent residency status for me to move to the United States.  When I learned this news from my mother, I was not sure how to react.  I never knew this man, who, out of the blue, wanted to be a father, but I had always secretly yearned for his affection and love. My mother kept encouraging me to move to the United States and build a relationship with him, but my anger was leaving me hesitated.  A year after, at the age of twenty-one, I, for the very first time, spoke with my father telephonically.  I was an emotional wrack.  I was so worked up emotionally about the thought of what I would tell him when he asks for my forgiveness for abandoning me and my mother leaving us in dire situation. But I was such a fool.  The conversation was noticeably short, straight-forward, and very matter of fact: my father wanted to speak with me to make sure I understood that I had to personally fund my trip to the United States, and I could not live with him nor ask for any financial help. That was all.  But a part of me still wanted to take a leap of faith believing, if maybe, he meets me in person, he might change his mind and love me and be a father to me.

  In February 2014, I was able to borrow $1,300 to fund my trip to the United States.  I spent $1,200 on my airline tickets and on February 23, 2014, with only $100 in my pocket, I arrived at LAX.  My father never came to the airport.  I was all alone and nowhere to go.  Luckily, I knew a female friend from Armenian who had moved to the United States a few years prior. I called her from the airport and asked for help.  She picked me up and took me to the home of an elderly Armenian woman who had agreed to allow me to stay with her for a few weeks until I got a job and saved enough money to rent a place of my own. The elderly Armenian woman, with whom I was leaving, encourage me to contact my father to let him know that I was fine and offer to meet him. So, I did. Two weeks after my arrival, my father, for the first time, met me. Aside from small talks we had, he informed me that he was now happily married, has his own family, two sons and he did not want my arrival in the United States to disturb his family. It is then when I finally realized that my father has never or will ever have a place for me in his life. He simply never cared.

  Two days after my arrival I was working two jobs and was able to move out with a roommate. A year later, I attended Ort college to learn the language, but my attendance was short due to work demands.  At Ort college, I met my now wife Anna.  We began dating romantically shortly after we met.  In 2016, I successfully completed my medical assistant program at the UEI college and received my certificate.  Though, I was trying to move on from the experience with my father and come to terms that he will

never be the father I always dreamt to have, internally, I was at war with him. I wanted to show him that I will succeed without him and become a wealthier person than him; all without his help. The disappointment and anger I harbored inside of me against my father began to cloud my judgement, turning me into a person I was not and rushed me towards greed.

My relationship with Anna, since the day I met her, has been positive. She is my soulmate and I love her unconditionally. She is also my strong emotional and mental support system. In 2017, our son, David was born. His birth was the one of the happiest day of my life – nothing else matters but him. David has taught me how to be a humble and patient person. Every day I cannot wait for my work to be over, so I can rush home and be with him. I make sure always be around him when I am not working, because I want David to grow up knowing and experiencing the affection and love of a father – something I never got to know. David is very attached to me. The second happiest day of my life was when Anna and I got married in 2018.

Your honor, I defrauded the United States to get rich quick. It was trying to satisfy a false ego. My actions were products of greed yet also of pain. If I could turn back the hands of time, the first thing I would do is let go of this nominal father, then be sure to carefully select my friends and environment, and walk a straight line as I was doing before I began my fraudulent work. I still have not told my mother about my arrest, the criminal case, and the potential punishment, because I am embarrassed to let her know that her son has failed and is now a criminal. Though we lived a poor and limited life, my mother raised me with good morals and ethics, and I failed her. I will forever me a prisoner of the stigma.  But I do not want to fail my son. I want to be the best example for him so that he would never make the mistakes I made in life. Since my arrest, I have completely disassociated myself from the friends I should never have had; I began a full-time job as a clerk and a driver for a home health care agency; and I have and continue to devote all my spare time to my family.

I *am* guilty of the crime I have committed, and there is no excuse for it. I was blinded by greed. I am ashamed and remorseful. I understand that words don't mean much, so I hope my post-arrest actions have demonstrated by regret and full efforts to live a righteous life. I apologize to you, to the Government, and to all those who have been affected by my actions. I plan to work very hard, even if it means to do so for the rest of my life, to pay back all that I have wrongfully taken. I plan to continue to be the best father to David and a good husband to Anna; and I hope, in the near future, I will gain the courage to tell my mother about my wrongdoings. Until then, all I can do is continue my efforts to lead an exemplary life.

Your honor, I hope and pray that you will give me a second chance in life. I am concerned that any lengthy absence from David's life may be detrimental to him because of our strong bond and his attachment to me. I hope and pray you would consider my efforts towards rehabilitation when imposing my sentence and show me lenience. I thank you very much for reading my letter.

Sincerely,

Hakob Kojoyan