# EXHIBIT B

Anna Kojoyan
17438 Chase St
Northridge, CA 91325
818-299-3999

February 28, 2021

Dear Judge,

My name is Anna Kojoyan and I am the wife of Hakob Kojoyan. My husband and I have been married for two years while knowing each other for five years. As a husband, Hakob is the best. He's of good moral character, honest, loyal and extremely considerate when it comes to me, our children and our family. Hakob is also a very supportive person who has the ability to see and understand things from another person's perspective. Consequently, he has great empathy for others. He was around to help me and take care of me and my daughter when I was going through very bad divorce. He supports us emotionally and financially. He gave us a new life full of love and joy.

Hakob is a dedicated father, husband and family man. He has dedicated himself to supporting our children and I. When our son David was born with a lot of complications, we stayed at the hospital for 14 days. Hakob didn't leave us even for one minute. He was completely involved in our son's recovery process. He is responsible and loving father; he's spending all his free time with our kids and enjoy watching them grow up.

He made a mistake in the past for which he is very regretful. If given second change I'm sure he would never make any type of mistake. I can assure you that this incident had a huge impact on his life. Every day he lives with fear that he will go to jail and not be around his family. These two plus years has change Hakobs life, he become more responsible, careful and making better choices.   Please I ask this Court for lenient sentence because Hakob has young children and his absence will be huge impact for them and all our family.

Sincerely,

Anna Kojoyan

Gemma Melkonian
17438 Chase St
Nortridge, CA 91403

Dear Judge,

My mane is Gemma Melkonian, I am 11 years old and going into the 7th grade. I learn in Portola middle school.

Hakob Kojoyan is my step farther. We met in December of 2015. He married my mom in June of 2018. He is the best thing that has ever happened in my life. The first time I met him I knew that this was a start to a good relationship and I was right because when we moved in together, he took care of me like I was his real daughter. He is a very nice, honest man. He gave me a new life and family that I never have before. Since my brother was born, I never felt that he treated me wrong or made me feel bad about myself. He will put aside everything when I ask him to help me with anything. I can't even imagine my life being far away from him.

Dear judge, please give my step dad a second chance to prove everyone, then he made a big mistake. I hope he'll stay with us because me and my brother can't live one day without him

Thank you very much,

Gemma

From:

Alla Nisis

17438 Chase St

Northridge, CA 91325

310-990-9106

Date: 11/10/2020


Honorable Judge,

My name is Alla Nisis, Im Hakob Kojoyan mother in law. We have known Hakob for five years. From the moment he enters our family we experienced an individual who shows up earlier than asked, work hard, and carries themselves in a polite, respectable manner. In addition, is a family-person who has presented themselves with levelheadedness and grace. I was deeply moved by his dedication to family, his loving nature and his willingness to help whenever and wherever he can. He is a deeply loving father to my grandkids Gemma and David and provides a stable, positive, active environment for them. I been impressed with Hakobs love and guidance as he cares for his kids. Hakob often takes kids to museum and parks and they all enjoy a good fishing trip. As you can imagine Hakobs absence will be devastating for my grandkids.

Hakob has made mistakes, and he is incredibly remorseful, and is willing to do whatever it takes to prove that he will never repeat his mistakes. I believe him because I know him well and humbly request a lenient sentence as time in jail will put his family in severe difficulty. Thank you for taking the time to read my letter.


Sincerely,

*(signature)*

Alla Nisis

Ararat Karagezyan
5333 Balboa Blvd, Apt 151
Encino, CA 91316
818-919-6559
arogh82@me.com

January 5, 2020

**To whom it may concern:**

Hakob Kojoyan is my best friend despite the difference in our ages. He is one of the best people I have ever known. He is very helpful, very honest and friendly to me and my family. Kindness and helpfulness are part of his identity. He helps people no matter if they are friends or strangers.

For instance, when my father was in urgent need for blood transfusion in 2015 (as a consequence of a hemodialysis), he bought a plane ticket on his own money and flew all the way to Armenia to give blood to my father. Moreover, the conditions in the hospital where they were doing the blood transfusion were so bad that he could have gotten a serious infection himself (rats, insects were running in the room, there was dust all over the place...). But he wasn't afraid and was eagerly wanting to help my father!

I also know him as one of the most honest and loyal people. He always says the truth even if this would put him in an uncomfortable or bad position. Once, he borrowed my car and had a minor accident where one could barely notice anything happened to it. But he called me immediately and told me about the accident; also, he took the car to a body shop, where, of course, the guys sent him home because they did not find anything to fix.

He always asks us if we need any help with our special needs daughter. There have been numerous times he picked our daughter from/to school. He is a guy who had a very difficult childhood and adolescence. Working 20 hours a day at a local restaurant in Armenia, he was only able to make ends meet. That's why when he just arrived in the U.S., he wanted to do everything he could to start living worthily. He applied to get into the army at first. But unfortunately , he didn't pass the math exam. But, soon after, he decided to get educated in medicine and he took some program for almost a year and graduated. He has also been interested in becoming a firefighter, so I think it's a very valuable and needed profession in our country.

He is a very family guy, and as much as a close friend can know, he has never betrayed his wife! He adores his wife, son and is very gentle and warmhearted to his step daughter and wife's relatives. Before, Hakob was always active and creative, full of ideas and willingness to get educated in multiple things, with the purpose of later realizing his skills into helping people. But something happened about two years ago and he locked himself in. He is like a brother to me, and I am very sad to see him so.

He could have done something that I am not aware of and that it could have not been the best choice he made. But I ask you to consider his background as being a very honest, helpful, one of the most responsible persons among many others, with no crimes and offenses before this incident (whatever it is). Hakob is a man who deserves to live a better life than he is going through now. Please give him a chance to prove all the good qualities that I described here. David, Hakob's son, is my god's son and I wish him to grow with his father every moment of his life. This little guy adores his father the way that no kid I have known loves his dad so much.

*Ararat Karagezyan*
*Hakob's friend*

Gegetsik Torosyan  
gexecik@gmail.com  
818-720-5511

To whom it may concern

My name is Gegetsik Torosyan. I have known Hakob Kojoyan for years now. He is like a son to me, a very attentive and loving son. He is a very nice guy! He is so sensitive to the people's feelings and conditions. Besides, he is very patient, honest, friendly, and extremely helpful and talented in numerous things.

One example is when I was in a very depressive condition due to my mom's severe illness and later death, he was trying to do everything to distract me so I'd recover quicker. About 5 years ago, my mom fell and broke her neck. She was alone at that moment and when one of her neighbors called me and told me about this incident, I panicked and did not know what to do. Even family members could not calm me down - so desperate I was. In the village, I thought, where there was no way to get quick medical assistance, how could she survive! Hakob came to visit me by chance right at that moment when I still couldn't decide what to do. He immediately called to Yerevan and ordered an Emergency to drive after my mom to our village in Armenia. He was on phone call during the trip to both the emergency services people and the neighbor who was on call with me. Thanks to him, if he didn't call them right at that moment, my mom wouldn't survive! Later, he was helping me every single day with a lot of issues relating to the care of my now-disabled mom.

He has a really good sense of a family. Despite his fragile childhood and helpless adolescence, he has stood on his both feet firmly and was able to create a beautiful family, which recently enlarged even more and he seems to enjoy it the most.
I don't know what is the reason he is going through such a bad life situation, but I am confident enough he wouldn't do anything bad if he knew there was something wrong going on. I am asking you to please give him an opportunity to fix his mistakes and prosper and benefit others. He deserves the best!

_____

Gegetsik Torosyan

Gegetsik Torosyan  
gexecik@gmail.com  
818-720-5511

Monica Nisis, M.A.
2409 Rochelle Ave.
Monrovia, CA 91016


June 23, 2020


RE: Character Reference on behalf of Hakob Kojoyan


To Whom It May Concern:


I am writing on behalf of Hakob Kojoyan, whom I met in January of 2017. He married my husband's sister in July of 2018, and is the father of my nephew, David. In this time, Hakob has proven to be a loving husband and dedicated father. It is for this reason I am happy to write a letter of reference for Hakob. I understand the seriousness of this matter, however, hope the court will show leniency in his case.

From the moment David was born in August of 2017, he became the center of Hakob's life. Even as an inexperienced parent, I have consistently observed Hakob to be both a responsible and loving father. In the first few months of David's life, I made frequent visits to their home. I was always very impressed at the level of involvement Hakob had in the care of David. The ways in which Hakob handled David was indicative of his hands-on approach to parenthood. He has never been the type of father to pass David on to another for feeding, changing, discipline, etc. Fatherhood has caused Hakob to mature quite a bit, and moving forward, I'd like to believe he will make better choices now that he has a son who needs him.

I know Hakob well enough to know he's had a contentious relationship with his own father. It is clearly evident that Hakob has built a relationship with David that he did not have with his own father. David is extremely bonded to Hakob, and relies on him for comfort, stability, and guidance. David's need for the stability of his father will only increase as he gets older. I believe David will be happiest and continue to thrive if allowed to remain with Hakob.

It is my sincere hope that the court will take this letter into consideration at the time of sentencing. I'm happy to see Hakob is ready to accept accountability for his actions, and I believe he will emerge from this a more responsible person and a better role model for David.

Should you need additional information, I'd be happy to provide more first-hand knowledge of Hakob. Please contact me at MLDNisis@gmail.com.

Sincerely,

Monica Nisis

**Armine Torosyan**

5333 Balboa Blvd., Apt. 151
Encino, CA 91316
(818) 397-0752
arm231201@yandex.ru

January 10, 2020

**To whom it may concern:**

I am Armine Torosyan and I am happy to write a characteristic letter for Hakob Kojoyan. I have known Hakob since 2014 and have always admired his personality. I have gone through very many difficult times and situations in my life including immigration from place to place, changing professions and work fields, as well as dealing with very different kinds of people of different nationalities. Nevertheless, I have rarely seen such bright and loyal personalities with numerous good qualities.

When I first met Hakob, he was very young, shy and taciturn. When my husband, Ararat Karagezyan, invited him to our house, we had a long and heartwarming dinner. Since he was new to the United states, he was asking us where he could take classes to learn English and get a degree; what he had to do to obtain the laws of the United States. He also asked whether we knew how he could apply to serve in the U.S. army. As much as I know, he even tried to apply but did not pass the exams.

He has always been very kind and polite to us. We (our family) quickly became very good friends with him and would often have dinners or lunches together. He is an extremely kind and helpful person. How many times he has helped to drive our severely special needs daughter to and from the hospital, I can't even remember - just so many times! He has helped us emotionally, physically, and even financially when we were in need. In general, he is kind to every person. He is never hesitant to tell a thing he knows to others so they also know, or to help in any other way he can. I would say despite his young age, he is very wise. Also, there is a lot of joy and fun where Hakob is.

Although he has grown with a single mom and had a very difficult childhood, he never got embittered with his mom and others. From his personal stories I learned that Hakob had to work starting age 14 to take care of his mother and himself and could barely afford every-day living supplies. He never had any opportunity to get educated and get a degree; although, he is so talented that he could be the best in anything. He is a perfect artist. I have seen him drawing and could not believe that this was not a drawing of a famous artist. I have listened to his voice - an amazing baritone - and was impressed and

meanwhile sad that he didn't have a chance to implement this talent into a career.

Nevertheless, he became even more caring and loving to his mom, his wife, his son, his step daughter, us, and everyone I see him contacting. Hakob never wants to put people in an uncomfortable position. I remember when his wife (a girlfriend back then) delivered David, their son, he stayed at the hospital all day and nights and resisted any help from anyone. He wanted to take care of his loved one himself and did not want anyone to spread their time for caring after his family.

Also, when David was born, his wife was working and Hakob was the one who was taking care of a newborn 24/7 for months after. Occasionally, when we visited them, we would see Hakob preparing meals, doing laundry and cleaning the house. The baby was always fed, properly dressed, clean, and happy. To be honest, you can rarely witness this kind of behavior in Armenian men! I have always wondered how he manages to take care of everyone who needs help, not get tired, and be so organized and positive!

I also remember how Hakob was taking care of his step daughter, Gemma, when her mom, Anna, was gone to Armenia. Although some of my family members could drive Gemma to the school (my daughter and Gemma go to the same school) and help her with the homework and much more, he did not want to ask us for help; he was just so responsible! As with his own son, he took care of Gemma with the same responsibility and warmth.

I believe a person who is so kind to everyone, so responsible and devoted to his family and others could have never done anything wrong with intention. I do not know what is the reason that Hakob is going through these hard times, but can surely say that he deserves a second chance to build his life in a better way. The bumpy road that he had gone throughout his childhood should never be repeated by his son. He deserves the joy of seeing his son growing and flourishing next by and helping him with everything he wants to, as he has always desperately missed that for himself.

*Armine Torosyan*

From:
Anna Panyan
20 Shirazi Ave
Yerevan, Armenia 0035
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

Date: 10-28-2020

Dear Judge,

I have known Hakob Kojoyan since childhood, and have always found him very focused and hard-working. He always did well in his studies and was really sociable and fun-loving. He took part in a lot of events and programs and was always loved by the teachers. He has always been focusses and determined to achieve bigger things in life. He has always led a positive life inspiring other around him.

When he was 14 years old, she starts working to support his mother and himself. His father was never involved in Hakob's life. He never had any opportunity to get help from anyone except himself. Until now his mother depends on his help and support.

Hakob has made mistake, and he is incredibly regretful. By giving a second chance he will prove that he will never do anything bad in his life and will make a better choice. We all love Hakob and will always support him and help him go thru this difficult time.

I really hope that this letter corresponding to Hakob and his case acts as an effective and helpful aspect during the court's decision about this case.

Sincerely,

Anna Panyan

*From:*

*Sona Harutunyan*
*68 Arakelyan St # 16*
*Yerevan, Armenia*
*+ 374-055-838-885*

*Date 10/21/2020*


*Dear Judge,*

*I have had the opportunity to meet Hakob Kojoyan for 9 years and we are friends. Although it seems hard to believe or understand, Hakob is a good person and has always had morality in his actions.  In summary, Hakob is a great person and an excellent friend, and that is why   I can assure you that even through he has had his ups and downs in life, I and many of his friends we are convinced that Hakob is a human being with a great heart and a decent person. I'm sure that Hakob only needs more people around him who believe in him to better develop his self-esteem and self-confidence and be able to return to be that amazing person that I've always been able to meet.*

*I can truly understand how difficult it is for you to have to make a decision of this type and under these circumstances, without really knowing the person in front of you, but I trust in God that you can look at this letter and feel All the support that the family and friends of Hakob are trying to provide you. All this in order to tell you that we trust your wise decision, always considering the best for everyone.*

*Thank you,*

*Sona Harutunyan*

Gayane Hosepyan
14542 Ventura Blvd # 203
Sherman Oaks, CA 91403
818-465-3617

October 30,2020

To whom it may concern,

My name is Gayane Hosepyan, I'm a CEO for Care 1st Health Services. I am very pleased to write a character reference letter for Hakob Kojoyan. I have been in acquaintance with him for the past two years. He has consistently proven himself to be a loyal and dedicated person both in his personaland professional life. He is a great leader and team player and got along well easily with other people in the office.

Throughout the years, I have known him, he always formed a very positive opinion with his great inter-personal skills, creative and success-oriented approaches.

In fact, I feel honored to provide this character reference letter for Hakob and hope that information that I provided gives you better understanding of what an outstanding individual Hakob is. If you need any additional information, feel free to contact me at any time.

Wishing him all the the very best for his future.


Sincerely,

*[signature]*

Gayane Hosepyan